IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:22-cv-03039-STV

JOHN MEGGS,

    Plaintiff,

v.

SCHREIVOGEL INVESTMENTS LLC
and EL TAPATIO ALAMEDA, INC.
D/B/A EL TAPATIO MEXICAN RESTAURANT,

    Defendants.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
---

    Plaintiff, JOHN MEGGS, and Defendant SCHREIVOGEL INVESTMENTS LLC, hereby advise the Court that the parties have reached an agreement and have globally settled the instant case. Plaintiff and Defendant, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on November 1, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Joseph R. Kummer* |
| ANTHONY J. PEREZ, ESQ. | JOSEPH R. KUMMER |
| GARCIA-MENOCAL & PEREZ, P.L. | JACHIMIAK PETERSON KUMMER, LLC |
| 1600 Broadway | 860 TABOR STREET, SUITE 200 |
| Denver, CO 80202 | LAKEWOOD, CO 80401 |
| Telephone: (305) 553-3464 | PHONE: 303.863.7700 |
| Email: ajperezlaw@gmail.com | EMAIL: JKUMMER@JPK.LAW |
| *Attorney for Plaintiff* | *Attorney for Defendant SCHREIVOGEL INVESTMENTS LLC* |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 1, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
bvirues@lawgmp.com
jreyes@lawgmp.com

By: ___/s/ *Anthony J. Perez*_____
      ANTHONY J. PEREZ