**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.: 1:22-cv-03039-STV

JOHN MEGGS,

    Plaintiff,

v.

SCHREIVOGEL INVESTMENTS LLC
and EL TAPATIO ALAMEDA, INC.
D/B/A EL TAPATIO MEXICAN RESTAURANT,

    Defendants.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    Plaintiff, JOHN MEGGS, and Defendant EL TAPATIO ALAMEDA, INC., D/B/A EL TAPATIO MEXICAN RESTAURANT, hereby advise the Court that the parties have reached an agreement and have globally settled the instant case. Plaintiff and Defendant, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement. STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on November 9, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Stephen B. Rotter* |
| ANTHONY J. PEREZ, ESQ. | STEPHEN B. ROTTER, ESQ |
| GARCIA-MENOCAL & PEREZ, P.L. | 1401 Lawrence Avenue, |
| 1600 Broadway | Suite 1600 |
| Denver, CO 80202 | Denver, Colorado 80202 |
| Telephone: (305) 553-3464 | 303.625.6400 |
| Email: ajperezlaw@gmail.com | stephen@theworkplacecounsel.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 9, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
bvirues@lawgmp.com
jreyes@lawgmp.com


By: ___/s/ Anthony J. Perez_____
 ANTHONY J. PEREZ